THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Reginald
 Hunter, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Wyatt T. Saunders, Jr, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-601
 Submitted November 2, 2009  Filed
December 16, 2009    

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Reginald Hunter appeals from his guilty plea and sentence for criminal
 domestic violence, three counts of failure to stop for a law enforcement
 vehicle, two counts of driving under suspension, and leaving the scene of an
 accident where personal injury occurred.  Hunter argues his guilty plea failed
 to conform with the mandates set forth in Boykin v. Alabama, 395 U.S.
 238 (1969).  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.